UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NATIONAL RETIREMENT FUND and the BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND,

Plaintiffs,

- against -

RIVER JAKES, INC. d/b/a NYE'S POLONAISE ROOM; EDEN PRAIRIE JAKES, INC. d/b/a JAKE'S CITY GRILLE; GULL LAKE JAKES, INC.; JACOB BENEFITS, LLC; JACOB BROTHERS E.P., LLC; JACOB BROTHERS EAGAN, LLC; JACOB BROTHERS GULL LAKE, LLC; JACOB BROTHERS HAMEL, LLC; JACOB BROTHERS HENNEPIN, LLC; JACOB BROTHERS MOUNDSVIEW, LLC; JACOB BROTHERS NEW BRIGHTON, LLC; JACOB BROTHERS PLYMOUTH, LLC; JACOB RESTAURANT GROUP, INC. d/b/a JACOB BROS CATERING COMPANY; MAPLEWOOD JAKES, INC.; PLYMOUTH JAKES, INC. d/b/a JAKE'S SPORTS CAFÉ; THE JACOB GROUP, INC. d/b/a JACOB GROUP AGENCY; TWO JAKES II, INC.; and JOHN DOES 1–10 (all other trades or businesses under common control with RIVER JAKES, INC. d/b/a NYE'S POLONAISE ROOM),

Defendants.

**25-cv-08994 (NSR)**

**CONSENT JUDGMENT**

This action having been commenced on October 30, 2025 by Plaintiffs filing the Complaint herein, and Plaintiffs having sent copies of the Complaint and waiver of the service of summons form on December 4, 2025 to Joseph Wentzell, Esq., counsel for Defendants River Jakes, Inc. d/b/a Nye's Polonaise Room; Eden Prairie Jakes, Inc. d/b/a Jake's City Grille; Gull Lake Jakes, Inc.; Jacob Benefits, LLC; Jacob Brothers E.P., LLC; Jacob Brothers Eagan, LLC; Jacob Brothers Gull Lake, LLC; Jacob Brothers Hamel, LLC; Jacob Brothers Hennepin, LLC; Jacob Brothers Moundsview, LLC; Jacob Brothers New Brighton, LLC; Jacob Brothers

Plymouth, LLC; Jacob Restaurant Group, Inc. d/b/a Jacob Bros Catering Company; Maplewood Jakes, Inc.; Plymouth Jakes, Inc. d/b/a Jake's Sports Café; The Jacob Group, Inc. d/b/a Jacob Group Agency; and Two Jakes II, Inc., and the Defendants having returned and executed the waiver of service form, and the parties having entered into a Stipulation to Entry of Judgment by Consent dated August 11, 2026 (the "Stipulation"), pursuant to which Defendants River Jakes, Inc. d/b/a Nye's Polonaise Room; Eden Prairie Jakes, Inc. d/b/a Jake's City Grille; Gull Lake Jakes, Inc.; Jacob Brothers Gull Lake, LLC; Jacob Brothers New Brighton, LLC; Jacob Brothers Plymouth, LLC; Jacob Restaurant Group, Inc. d/b/a Jacob Bros Catering Company; Maplewood Jakes, Inc.; Plymouth Jakes, Inc. d/b/a Jake's Sports Café; and Two Jakes II, Inc. (collectively, "Consenting Nye's Entities") voluntarily consent to entry of the instant judgment and Defendants Jacob Brothers E.P., LLC; Jacob Brothers Eagan, LLC; Jacob Brothers Moundsivew, LLC; Jacob Benefits, LLC; Jacob Brothers Hamel, LLC; Jacob Brothers Hennepin, LLC; and The Jacob Group, Inc. d/b/a Jacob Group Agency, which have been dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), do not oppose entry of this judgment; it is

**NOW, THEREFORE**, upon the application of the parties pursuant to their Stipulation to Entry of Judgment by Consent and for other good cause having been shown, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiffs have Judgment by Consent, effective as of the date of the Court's entry of this Consent Judgment, against Defendants Consenting Nye's Entities for the balance of withdrawal liability in the principal amount of $655,418.90, interest thereon computed in accordance with 29 U.S.C. §1132(g)(2) and the Plaintiff National Retirement Fund's rules and regulations with respect to employer withdrawal liability from November 1, 2019, the date of the first missed withdrawal liability payment, through the date of judgment in the amount of $632,139.31, liquidated damages computed in

accordance with 29 U.S.C. §1132(g)(2) and the Plaintiff National Retirement Fund's rules and regulations in the amount of $632,139.31, and costs of the instant action in the amount of $400.00, all totaling $1,920,097.52; and it is further

**ORDERED, ADJUDGED AND DECREED,** that Plaintiffs have judgment against Defendants Consenting Nye's Entities permanently restraining and enjoining Defendants Consenting Nye's Entities and all of their officers, employees, agents, representatives, and all persons acting in concert with them from distributing, alienating, transferring, assigning, encumbering or otherwise disposing of the assets of Defendants Consenting Nye's Entities regardless of the amounts, if any, or the nature of the consideration received therefore; and it is further

**ORDERED, ADJUDGED AND DECREED** that interest shall continue to accrue on the amount due under this judgment at the legal rate as defined in 28 U.S.C. § 1691 from the date of entry of this judgment on August 27, 2026 ____________, 2026 until the judgment is fully satisfied.

Dated: August 27, 2026
White Plains, New York

**SO ORDERED:**

____________________________
Honorable Nelson Stephen Román
United States District Judge

**ENTRY OF JUDGMENT CONSENTED TO:**

**RIVER JAKES, INC. d/b/a NYE'S POLONAISE ROOM; EDEN PRAIRIE JAKES, INC. d/b/a JAKE'S CITY GRILLE; GULL LAKE JAKES, INC.; JACOB BENEFITS, LLC; JACOB BROTHERS E.P., LLC; JACOB BROTHERS EAGAN, LLC; JACOB BROTHERS GULL LAKE, LLC; JACOB BROTHERS HAMEL, LLC; JACOB BROTHERS HENNEPIN, LLC; JACOB BROTHERS MOUNDSVIEW, LLC; JACOB BROTHERS NEW BRIGHTON, LLC; JACOB BROTHERS PLYMOUTH, LLC; JACOB RESTAURANT GROUP, INC. d/b/a JACOB BROS CATERING COMPANY; MAPLEWOOD JAKES, INC.; PLYMOUTH JAKES, INC. d/b/a JAKE'S SPORTS CAFÉ; THE JACOB GROUP, INC. d/b/a JACOB GROUP AGENCY; AND TWO JAKES II, INC.**

By: ______________________ Dated: 8/11/26
Name: Anthony Jacob
Title: Owner

By: ______________________ Dated: 8/11/26
Name: Robert Jacob
Title: Owner

**THE NATIONAL RETIREMENT FUND and the BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND**

By: ______________________
Name: Timothy Clark
Title: Fund Manager